**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 100.14.41.137, <br><br> Defendant. | Case No. 2:18-cv-00376-HB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Jordan A. Rushie of Rushie Law PLLC hereby withdraws his appearance as counsel for Plaintiff MALIBU MEDIA, LLC and should be removed from the Court's service list with respect to this action. Plaintiff will be represented by other counsel who will file a Notice of Appearance in this cause.

Dated: April 26, 2018                                         Respectfully submitted,

                                                                    By:     /s/ *A. Jordan Rushie*
                                                                            A.  Jordan Rushie, Esquire
                                                                            RUSHIE LAW, PLLC
                                                                            1010 N. Hancock Street
                                                                            Philadelphia, PA 19123
                                                                            P. 215-268-3978
                                                                            F. 215.505-0909
                                                                            jrushie@rushielaw.com
                                                                            PA Attorney Id: 209066
                                                                            *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018 I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By:   <u>*/s/ A. Jordan Rushie*</u><br>
A.  Jordan Rushie, Esquire